**Order entered June 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01141-CR
### No. 05-17-01142-CR

**GEORGE EDWARD PURDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-33144-S, F07-33145-S**

## ORDER

Our records show that on March 9, 2018, appellant's counsel, Sharita Blacknall, filed an *Anders* brief in these appeals. Our records do not show, however, that counsel filed a corresponding motion to withdraw as counsel to accompany the *Anders* brief.

Accordingly, Sharita Blacknall is **ORDERED** to file, within **TEN DAYS** of the date of this order, a motion to withdraw as counsel.

/s/     LANA MYERS
         JUSTICE